## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2    10-12014
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Case #ND-9:10-bk-10654-RR, Title: Sherry Soboslay, Filed 02/11/2010, Nature Thereof: Ch. 13 Judge: Ho9n. Robin Riblet, Court whom assigned: Central District of California, Disposition thereof Discharged as of 06/01/2010**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

MAY 1 0 2010

Executed at _____Lompoc_____, California.

Dated: May 10, 2010

_____
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

B201 - Notice of Available Chapters (Rev. 12/08) USBC, Central District of California

Name: *Gary Dunlap*

Address: *711 E. Ocean Ave.*

, *Lompoc, CA 93436*

Telephone: *805-735-4533* Fax:

☑ Attorney for Debtor

☐ Debtor in Pro Per

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Soboslay, Sherry; Galvez, Sherry** | Case No.: |
| | **NOTICE OF<br>AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B201 - Notice of Available Chapters (Rev. 12/08)                                                      USBC, Central District of California

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B201 - Notice of Available Chapters (Rev. 12/08)                                        USBC, Central District of California

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Soboslay, Sherry**                              X _Sherry Soboslay_      5/04/10
Printed Name(s) of Debtor(s)                    Signature of Debtor                Date

Case No. (If known) _____              X _____
                                                Signature of Joint Debtor (if any)      Date

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                                                    Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using upon your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. 9'10-BK-12014-RR

Soboslay, Sherry                                                          Chapter 13
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

X
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Soboslay, Sherry | X _Sherry Soboslay_ | 5/04/2010 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                          Case No. **9:10-bk-12014-RR**

**Soboslay, Sherry**                                           Chapter **13**
_____
                Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $     240,000.00 | | |
| B - Personal Property | Yes | 3 | $       3,855.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $     189,045.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $      11,647.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $       2,490.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $       2,240.64 |
| TOTAL | | 14 | $     243,855.00 | $     200,692.00 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                        Case No. **9:10-bk-12014-RR**

**Soboslay, Sherry**                                          Chapter **13**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,490.64 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,240.64 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,463.36 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 11,647.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 11,647.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Soboslay, Sherry                                                           Case No. **9:10-bk-12014-RR**
                        _____                                          _____
                                    Debtor(s)                                                         (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1526 Calle Siete Lompoc, CA 93436** | **Fee Simple** | | **240,000.00** | **189,045.00** |
| | | **TOTAL** | **240,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Soboslay, Sherry                                                         Case No. 9:10-bk-12014-RR
_____                                       _____
                    Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | Beds 3 | | 150.00 |
| | | Couches 2 | | 100.00 |
| | | Dinner table | | 50.00 |
| | | Dressers 6 | | 200.00 |
| | | Lawn Mower | | 45.00 |
| | | T.V.'s 3 | | 100.00 |
| | | Books | | 10.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | Jewelry | | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Soboslay, Sherry

Debtor(s)

Case No. 9:10-bk-12014-RR

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Lexus IS300 Yr. 2001 | | 2,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Soboslay, Sherry

Debtor(s)

Case No. **9:10-bk-12014-RR**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 3,855.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Soboslay, Sherry                                          Case No. **9:10-bk-12014-RR**
_____                                  _____
                    Debtor(s)                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1526 Calle Siete**<br>**Lompoc, CA 93436** | **CCCP § 704.730(a)(1)** | 50,955.00 | 240,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Beds 3 | CCCP § 704.020 | 150.00 | 150.00 |
| Couches 2 | CCCP § 704.020 | 100.00 | 100.00 |
| Dinner table | CCCP § 704.020 | 50.00 | 50.00 |
| Dressers 6 | CCCP § 704.020 | 200.00 | 200.00 |
| Lawn Mower | CCCP § 704.020 | 45.00 | 45.00 |
| T.V.'s 3 | CCCP § 704.020 | 100.00 | 100.00 |
| Books | CCCP § 704.020 | 10.00 | 10.00 |
| Jewelry | CCCP § 704.040 | 500.00 | 500.00 |
| Lexus IS300<br>Yr. 2001 | CCCP § 704.010 | 2,700.00 | 2,700.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

**IN RE Soboslay, Sherry**                                              Case No. **9:10-bk-12014-RR**
_____                                    _____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11287562**<br><br>**Santa Barbara Bk And Tru**<br>**711 E Daily Dr Ste 200**<br>**Camarillo, CA 93010** | | | **Mortgage account opened 9/05**<br><br><br><br>VALUE $ **240,000.00** | | | | **189,045.00** | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

|  | | |
|---|---|---|
| _____ **0** continuation sheets attached | Subtotal (Total of this page) | $ **189,045.00** $ |
| | Total (Use only on last page) | $ **189,045.00** $ |

(Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Soboslay, Sherry _____    Case No. **9:10-bk-12014-RR**
            Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Soboslay, Sherry
_____
Debtor(s)

Case No. **9:10-bk-12014-RR**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **12 Bank Of America N A** | | | **Open account opened 8/09** | | | | **112.00** |
| ACCOUNT NO. **390909341017370321** <br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL  33329** | | | **Open account opened 12/04** | | | | **125.00** |
| ACCOUNT NO. **426684106113** <br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **Revolving account opened 9/04** | | | | **6,361.00** |
| ACCOUNT NO. **601100007737** <br> **Discover Fin Svcs Llc** <br> **Po Box15316** <br> **Wilmington, DE  19850** | | | **Revolving account opened 2/07** | | | | **1,518.00** |

_____1_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | \$ | **8,116.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | \$ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Soboslay, Sherry
_____
Debtor(s)

Case No. **9:10-bk-12014-RR**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **049127233252** <br> **Kohls/chase** <br> **Po Box 3115** <br> **Milwaukee, WI 53201** | | | Revolving account opened 10/07 | | | | 617.00 |
| ACCOUNT NO. **11105541** <br> **Santa Barbara Bk And Tru** <br> **711 E Daily Dr Ste 200** <br> **Camarillo, CA 93010** | | | Revolving account opened 4/05 | | | | 2,029.00 |
| ACCOUNT NO. **42000000000000000** <br> **State Of Cal Family** <br> **1114 Street St** <br> **Santa Barbara, CA 93101** | | | Open account opened 1/06 | | | | 810.00 |
| ACCOUNT NO. **42000083060523702** <br> **State Of Cal Family** <br> **1114 Street St** <br> **Santa Barbara, CA 93101** | | | Open account opened 1/06 | | | | 75.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,531.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **11,647.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE Soboslay, Sherry**
<u>Debtor(s)</u>

Case No. **9:10-bk-12014-RR**
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Verizon**<br>**P.O. Box 96088**<br>**Bellevue, WA  98009** | **2 Year family contract** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE Soboslay, Sherry** _____    Case No. **9:10-bk-12014-RR** _____
<div align="center">Debtor(s)</div>                                        <div align="right">(If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Soboslay, Sherry _____  Case No. **9:10-bk-12014-RR**
                        Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Daughter** | | AGE(S):<br>**11** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Clerk** | |
| Name of Employer | **Vons Safeway Inc.** | |
| How long employed | **3 years and 5 months** | |
| Address of Employer | **729 N. H St.**<br>**Lompoc, CA 93436** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | **1,472.47** | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | **1,472.47** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | **47.54** | $ |
| d. Other (specify)  **See Schedule Attached** | $ | **134.29** | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **181.83** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **1,290.64** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) **Ocean View Plumbing** | $ | **1,200.00** | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | **1,200.00** | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **2,490.64** | $ |

| **16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | **2,490.64** |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Just started working at Ocean View Plumbing.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Soboslay, Sherry                                          Case No. 9:10-bk-12014-RR
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|                              | DEBTOR | SPOUSE |
|------------------------------|--------|--------|
| Other Payroll Deductions:    |        |        |
| Fed FICA Med Hospital 1      | 21.36  |        |
| Fed OASDI/Disability         | 91.30  |        |
| Ca OASDI/Disability - E      | 16.21  |        |
| SCEA                         | 2.17   |        |
| Ballot Club - Vons           | 1.08   |        |
| The Safeway Foundation       | 2.17   |        |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Soboslay, Sherry _____    Case No. **9:10-bk-12014-RR**
             Debtor(s)                                        (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,184.01 |
|    a. Are real estate taxes included? Yes ___ No ✓ | | |
|    b. Is property insurance included? Yes ___ No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 66.00 |
|    b. Water and sewer | $ | 65.63 |
|    c. Telephone | $ | 175.00 |
|    d. Other | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | 90.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 100.00 |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 40.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.
                                                                **$     2,240.64**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 2,490.64 |
|    b. Average monthly expenses from Line 18 above | $ | 2,240.64 |
|    c. Monthly net income (a. minus b.) | $ | 250.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Soboslay, Sherry**                                                Case No. **9:10-bk-12014-RR**
_____                                 _____
                    Debtor(s)                                                     (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **May 10, 2010**              Signature: _____
                                                **Sherry Soboslay**                          Debtor

Date: _____           Signature: _____
                                                                                   (Joint Debtor, if any)
                                                [If joint case, both spouses must sign.]

_____

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:


*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____           Signature: _____

                                               _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

United States Bankruptcy Court
Central District of California

IN RE:                                                                Case No. <u>9:10-bk-12014-RR</u>

<u>Soboslay, Sherry</u>                                                 Chapter <u>13</u>

Debtor(s)

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE

**15,469.00   Vons (Safeway ) 01/01/2009 to 12/31/2009**

**5,152.60   Vons (Safeway) 01/01/2010 to 04/27/2010**

**17,059.29   Vons (safeway) 01/01/2008 to 12/31/2008**

**992.00   In Home Care 01/01/2008 to 12/31/2008**

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gary Dunlap 711 E. Ocean Ave. Lompoc, CA 93436 | 02/02/2010 | 1,400.00 |
| Abacus Credit Counseling Service | 02/02/2010 | 25.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑ absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑ device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐ transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Santa Barbara Bank**<br>**3787 Constllation Rd.**<br>**Lompoc, CA  93436** | **Saving Account**<br>**#100161520 &100161538** | **$0.00    12/20/2009** |

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑ case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None List all property owned by another person that the debtor holds or controls.
☑

**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑ that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana.
☐ Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Marco Antonio Galvez**

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state. or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May  4, 2010**          Signature
                                of Debtor                     **Sherry Soboslay**

Date: _____          Signature
                                of Joint Debtor
                                (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                           Case No. 9:10-BK-12014-RR

Soboslay, Sherry                                                 Chapter 13
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **2,550.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **1,400.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **1,150.00**

2.  The source of the compensation paid to me was:    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 4, 2010**
_____
Date

Gary Dunlap 40151

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. 9:10-BK-12014-RR

Soboslay, Sherry                                                          Chapter 13
_____
                            Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) 2/2/10 , I agreed with the Debtor that for a fee of $ 2,550.00, I would provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules

   b. ☒ Represent the Debtor at the 341(a) Hearing

   c. ___ Represent the Debtor in any relief from stay actions

   d. ___ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ___ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☒ Other (specify): *Confirmation Hearing*

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: May 4, 2010                    Law Firm: Gary Dunlap & Associates

I HEREBY APPROVE THE ABOVE:                    By: _____

_____                    Name: **Gary Dunlap**
Signature of Debtor(s)                               Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

February 2006                                           2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>**Soboslay, Sherry**<br><div align="right">Debtor(s).</div> | CHAPTER:<u>13</u><br>CASE NO.: 9:10-BK-12014-RR |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, <u>Soboslay, Sherry</u>                                        , the debtor in this case, declare under penalty
        *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

[X] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,                                        , the debtor in this case, declare under penalty
      *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

[ ] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: <u>May 4, 2010</u>        Signature

                                                                            *Debtor*

Date:                            Signature

                                                                            *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS**

| NAME: Sherry Soboslay | | PAY BEGIN DATE: 08/03/2009 | PAY GROUP: 029 |
| SSN: XXX-XX-1198 | CHECK DATE: 08/14/2009 | PAY END DATE: 08/09/2009 | LOCATION: 1738A |
| EMP.ID: 9052733 | CHECK NO.: 291-0392473 | PAY RATE: $8.400 Hourly | DEPARTMENT: 1738A306 |

### HOURS AND EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | YTD HOURS | YTD EARNINGS |
|---|---|---|---|---|---|
| Regular | 8.400 | 24.02 | 201.77 | 888.25 | 7,688.70 |
| Regular | 9.300 | 12.48 | 116.06 | | |
| Sunday Regular Hours | | | | 99.50 | 873.32 |
| Holiday Worked | | | | 4.00 | 33.60 |
| Overtime 1.5 | | | | 3.25 | 43.81 |
| Sunday Overtime | 13.946 | 8.00 | 111.57 | 8.00 | 111.57 |
| TOTAL WORKED HRS | | 44.50 | | | |
| First Shift Premium | 0.500 | 2.00 | 1.00 | 8.50 | 4.28 |
| Other | | | | 2.00 | 27.80 |
| Sunday Premium | | | | 99.50 | 94.25 |
| Retro Adjustment | | | | | 3.70 |
| Federal Holiday | | | | 13.15 | 109.79 |
| Other | | | | 44.08 | 336.67 |
| Total: | | | 430.40 | | 9,327.49 |

### TAXES

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholding | | 85.10 |
| Fed FICA Med Hospital I | 6.24 | 135.25 |
| Fed OASDI/Disability · | 26.68 | 578.30 |
| CA Withholding | | 20.20 |
| CA OASDI/Disability · E | 4.73 | 102.60 |
| Total: | 37.65 | 921.45 |

### BEFORE-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Total: | | |

### AFTER-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| SCEA | 0.50 | 2.50 |
| Ballot Club - Vons | 0.25 | 8.00 |
| Union Dues - Vons | 11.00 | 258.20 |
| Union Dues Arrears - Vo | 11.00 | 22.00 |
| Vons Foundation | 0.50 | 16.00 |
| Union Dues Initiation-V | | 178.40 |
| Total: | 23.25 | 485.10 |

### TAX DATA FOR FEDERAL

MARITAL STATUS: Married
ALLOWANCES:        4
ADDL. PERCENT:
ADDL. AMOUNT:

### TAX DATA FOR STATE        CA

MARITAL STATUS: Married
ALLOWANCES:        4
ADDL. ALLOW:
ADDL. PCT:
ADDL. AMOUNT:

NET PAY:    $369.50

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

MESSAGE:

If you?re interested in furthering your education, Vons Can help you pay for it.
The Retail Management Certificate Program is a 10-course college program.
Vons will provide 90% reimbursement for tuition, books, and required fees.
You must complete each course with passing grade of ?C? or better.
The additional 10% is reimbursed after completion of all 10 courses to Equal
100% and all graduates receive a $200 honorarium!
For more information, call Alice Gruen at 626-821-7808, or
Diana Hebert at 626-821-3845.

PRVONS-W-231-001538

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | | PAY BEGIN DATE: | 08/10/2009 | PAY GROUP: | 029 |
|---|---|---|---|---|---|---|---|
| SSN: | XXX-XX-1198 | CHECK DATE: | 08/21/2009 | PAY END DATE: | 08/16/2009 | LOCATION: | 1738A |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0403406 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

| HOURS AND EARNINGS: | ---------CURRENT--------- | | | ----------YTD---------- | | -------------TAXES------------- | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
| Regular | 8.400 | 25.17 | 211.43 | 916.25 | 7,926.45 | Fed Withholding | | 85.10 |
| Regular | 9.300 | 2.83 | 26.32 | | | Fed FICA Med Hospital I | 3.45 | 138.70 |
| Sunday Regular Hours | | | | 99.50 | 873.32 | Fed OASDI/Disability - | 14.74 | 593.04 |
| Holiday Worked | | | | 4.00 | 33.60 | CA Withholding | | 20.20 |
| Store Training | | | | 2.00 | 16.60 | CA OASDI/Disability - E | 2.62 | 105.22 |
| Overtime 1.5 | | | | 3.25 | 43.81 | | | |
| TOTAL WORKED HRS | | 28.00 | | | | | | |
| Other | | | | 116.00 | 210.10 | | | |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 | | | |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Federal Holiday | | | | 13.15 | 109.79 | | | |
| Other | | | | 44.08 | 336.67 | | | |
| Total: | | | 237.75 | | 9,565.24 | Total: | 20.81 | 942.26 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | |
| | | | SCEA | 0.50 | 3.00 | TAX DATA FOR FEDERAL |
| | | | Ballot Club - Vons | 0.25 | 8.25 | MARITAL STATUS: Married |
| | | | Union Dues - Vons | 11.00 | 269.20 | ALLOWANCES:    4 |
| | | | Union Dues Arrears - Vo | 11.00 | 33.00 | ADDL. PERCENT: |
| | | | Vons Foundation | 0.50 | 16.50 | ADDL. AMOUNT: |
| | | | Union Dues Initiation-V | | 178.40 | |
| | | | | | | TAX DATA FOR STATE    CA |
| | | | | | | MARITAL STATUS: Married |
| | | | | | | ALLOWANCES:    4 |
| | | | | | | ADDL. ALLOW: |
| | | | | | | ADDL. PCT: |
| | | | | | | ADDL. AMOUNT: |
| Total: | | | Total: | 23.25 | 508.35 | NET PAY:    $193.69 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

MESSAGE:

    If you?re interested in furthering your education, Vons Can help you pay for it.
    The Retail Management Certificate Program is a 10-course college program.
    Vons will provide 90% reimbursement for tuition, books, and required fees.
    You must complete each course with passing grade of ?C? or better.
    The additional 10% is reimbursed after completion of all 10 courses to Equal
    100% and all graduates receive a $200 honorarium!
    For more information, call Alice Gruen at 626-821-7808, or
    Diana Hebert at 626-821-3845.

PRVONS-W-232-001550

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| | | | |
|---|---|---|---|
| NAME: Sherry Soboslay | | PAY BEGIN DATE: 08/17/2009 | PAY GROUP: 029 |
| SSN: XXX-XX-1198 | CHECK DATE: 08/28/2009 | PAY END DATE: 08/23/2009 | LOCATION: 1738A |
| EMP.ID: 9052733 | CHECK NO.: 291-0414234 | PAY RATE: $8.400 Hourly | DEPARTMENT: 1738A306 |

## HOURS AND EARNINGS:

| DESCRIPTION | RATE | CURRENT HOURS | EARNINGS | YTD HOURS | EARNINGS |
|---|---|---|---|---|---|
| Regular | 8.400 | 27.75 | 233.10 | 944.00 | 8,159.55 |
| Sunday Regular Hours | 8.400 | 8.00 | 67.20 | 107.50 | 940.52 |
| Holiday Worked | | | | 4.00 | 33.60 |
| Store Training | | | | 2.00 | 16.60 |
| Overtime 1.5 | | | | 3.25 | 43.81 |
| TOTAL WORKED HRS | | 35.75 | | | |
| Sunday Premium | 1.000 | 8.00 | 8.00 | 107.50 | 102.25 |
| Other | | | | 16.50 | 115.85 |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 |
| Retro Adjustment | | | | | 3.70 |
| Federal Holiday | | | | 13.15 | 109.79 |
| Other | | | | 44.08 | 336.67 |
| Total: | | | 308.30 | | 9,873.54 |

## TAXES

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholding | | 85.10 |
| Fed FICA Med Hospital I | 4.47 | 143.17 |
| Fed OASDI/Disability - | 19.12 | 612.16 |
| CA Withholding | | 20.20 |
| CA OASDI/Disability - E | 3.39 | 108.61 |
| Total: | 26.98 | 969.24 |

## BEFORE-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| | | |

## AFTER-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| SCEA | 0.50 | 3.50 |
| Ballot Club - Vons | 0.25 | 8.50 |
| Union Dues - Vons | 11.00 | 280.20 |
| Union Dues Arrears - Vo | 3.50 | 36.50 |
| Vons Foundation | 0.50 | 17.00 |
| Union Dues Initiation-V | | 178.40 |
| Total: | 15.75 | 524.10 |

TAX DATA FOR FEDERAL
MARITAL STATUS: Married
ALLOWANCES:        4
ADDL. PERCENT:
ADDL. AMOUNT:

TAX DATA FOR STATE        CA
MARITAL STATUS: Married
ALLOWANCES:        4
ADDL. ALLOW:
ADDL. PCT:
ADDL. AMOUNT:

NET PAY:        $265.57

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

MESSAGE:

If you?re interested in furthering your education, Vons Can help you pay for it.
The Retail Management Certificate Program is a 10-course college program.
Vons will provide 90% reimbursement for tuition, books, and required fees.
You must complete each course with passing grade of ?C? or better.
The additional 10% is reimbursed after completion of all 10 courses to Equal
100% and all graduates receive a $200 honorarium!
For more information, call Alice Gruen at 626-821-7808, or
Diana Hebert at 626-821-3845.

PRVONS-W-233-001528

**FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS**

| NAME: | Sherry Soboslay | | | PAY BEGIN DATE: | 08/24/2009 | PAY GROUP: | 029 |
| SSN: | XXX-XX-1198 | CHECK DATE: | 09/04/2009 | PAY END DATE: | 08/30/2009 | LOCATION: | 1738A |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0424970 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

### HOURS AND EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| | | --------CURRENT-------- | | --------YTD-------- | | --------TAXES-------- | | |
| Regular | 8.400 | 12.77 | 107.27 | 964.75 | 8,341.03 | Fed Withholding | | 85.10 |
| Regular | 9.299 | 7.98 | 74.21 | | | Fed FICA Med Hospital I | 3.72 | 146.89 |
| Sunday Regular Hours | 8.400 | 8.00 | 67.20 | 115.50 | 1,007.72 | Fed OASDI/Disability - | 15.91 | 628.07 |
| Holiday Worked | | | | 4.00 | 33.60 | CA Withholding | | 20.20 |
| Store Training | | | | 2.00 | 16.60 | CA OASDI/Disability - E | 2.82 | 111.43 |
| Overtime 1.5 | | | | 3.25 | 43.81 | | | |
| TOTAL WORKED HRS | | 28.75 | | | | | | |
| Sunday Premium | 1.000 | 8.00 | 8.00 | 115.50 | 110.25 | | | |
| Other | | | | 29.65 | 225.64 | | | |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 | | | |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Other | | | | 44.08 | 336.67 | | | |
| Total: | | | 256.68 | | 10,130.22 | Total: | 22.45 | 991.69 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | | |
| | | | SCEA | 0.50 | 4.00 | TAX DATA FOR FEDERAL | |
| | | | Ballot Club - Vons | 0.25 | 8.75 | MARITAL STATUS: Married | |
| | | | Union Dues - Vons | 11.00 | 291.20 | ALLOWANCES: 4 | |
| | | | Vons Foundation | 0.50 | 17.50 | ADDL. PERCENT: | |
| | | | Union Dues Arrears - Vo | | 36.50 | ADDL. AMOUNT: | |
| | | | Union Dues Initiation-V | | 178.40 | | |
| | | | | | | TAX DATA FOR STATE    CA | |
| | | | | | | MARITAL STATUS: Married | |
| | | | | | | ALLOWANCES: 4 | |
| | | | | | | ADDL. ALLOW: | |
| | | | | | | ADDL. PCT: | |
| | | | | | | ADDL. AMOUNT: | |
| Total: | | | Total: | 12.25 | 536.35 | NET PAY: | $221.98 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-234-001540

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

```
NAME:    Sherry Soboslay                          PAY BEGIN DATE: 08/31/2009      PAY GROUP:  029
SSN:     XXX-XX-1198       CHECK DATE: 09/11/2009  PAY END DATE:  09/06/2009      LOCATION:   1738A
EMP.ID:  9052733           CHECK NO.:  291-0436199 PAY RATE:       $8.400 Hourly  DEPARTMENT: 1738A306
```

| HOURS AND EARNINGS: | --------CURRENT-------- | | | ----YTD---- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
| Regular | 8.400 | 29.00 | 243.60 | 993.75 | 8,584.63 | Fed Withholding | | 85.10 |
| Sunday Regular Hours | 8.400 | 7.75 | 65.10 | 123.25 | 1,072.82 | Fed FICA Med Hospital I | 4.59 | 151.48 |
| Holiday Worked | | | | 4.00 | 33.60 | Fed OASDI/Disability - | 19.62 | 647.69 |
| Store Training | | | | 2.00 | 16.60 | CA Withholding | | 20.20 |
| Overtime 1.5 | | | | 3.25 | 43.81 | CA OASDI/Disability - E | 3.48 | 114.91 |
| TOTAL WORKED HRS | | 36.75 | | | | | | |
| Sunday Premium | 1.000 | 7.75 | 7.75 | 123.25 | 118.00 | | | |
| Other | | | | 16.50 | 115.85 | | | |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 | | | |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Federal Holiday | | | | 13.15 | 109.79 | | | |
| Other | | | | 44.08 | 336.67 | | | |
| Total: | | | 316.45 | | 10,446.67 | Total: | 27.69 | 1,019.38 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | |
| | | | SCEA | 0.50 | 4.50 | TAX DATA FOR FEDERAL |
| | | | Ballot Club - Vons | 0.25 | 9.00 | MARITAL STATUS: Married |
| | | | Union Dues - Vons | 11.00 | 302.20 | ALLOWANCES:      4 |
| | | | Vons Foundation | 0.50 | 18.00 | ADDL. PERCENT: |
| | | | Union Dues Arrears - Vo | | 36.50 | ADDL. AMOUNT: |
| | | | Union Dues Initiation-V | | 178.40 | |
| | | | | | | TAX DATA FOR STATE     CA |
| | | | | | | MARITAL STATUS: Married |
| | | | | | | ALLOWANCES:      4 |
| | | | | | | ADDL. ALLOW: |
| | | | | | | ADDL. PCT: |
| | | | | | | ADDL. AMOUNT: |
| Total: | | | Total: | 12.25 | 548.60 | NET PAY:     $276.51 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-235-001537

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | | PAY BEGIN DATE: | 09/07/2009 | PAY GROUP: | 029 |
|-------|-----------------|--|--|-----------------|------------|-------------|-----|
| SSN: | XXX-XX-1198 | CHECK DATE: | 09/18/2009 | PAY END DATE: | 09/13/2009 | LOCATION: | 1738A |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0446690 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

HOURS AND EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS |
|-------------|------|-------|----------|-------|----------|
| Regular | 8.400 | 31.00 | 260.40 | 1,024.75 | 8,845.03 |
| Holiday Worked | 8.400 | 8.00 | 67.20 | 12.00 | 100.80 |
| Store Training | | | | 2.00 | 16.60 |
| Overtime 1.5 | | | | 3.25 | 43.81 |
| Sunday Overtime | | | | 8.00 | 111.57 |
| TOTAL WORKED HRS | | 39.00 | | | |
| Trust Reporting Hours Ad | | 8.00 | | 12.00 | |
| Other | | | | 246.50 | 1,190.82 |
| First Shift Premium | | | | 8.50 | 4.28 |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 |
| Retro Adjustment | | | | | 3.70 |
| Other | | | | 53.23 | 446.46 |
| Total: | | | 327.60 | | 10,774.27 |

TAXES:

| DESCRIPTION | CURRENT | YTD |
|-------------|---------|-----|
| Fed Withholding | | 85.10 |
| Fed FICA Med Hospital I | 4.75 | 156.23 |
| Fed OASDI/Disability - | 20.31 | 668.00 |
| CA Withholding | | 20.20 |
| CA OASDI/Disability - E | 3.61 | 118.52 |
| Total: | 28.67 | 1,048.05 |

BEFORE-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|-------------|---------|-----|
| | | |
| Total: | | |

AFTER-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|-------------|---------|-----|
| SCEA | 0.50 | 5.00 |
| Ballot Club - Vons | 0.25 | 9.25 |
| Union Dues - Vons | 11.00 | 313.20 |
| Vons Foundation | 0.50 | 18.50 |
| Union Dues Arrears - Vo | | 36.50 |
| Union Dues Initiation-V | | 178.40 |
| Total: | 12.25 | 560.85 |

TAX DATA FOR FEDERAL
MARITAL STATUS: Married
ALLOWANCES:     4
ADDL. PERCENT:
ADDL. AMOUNT:

TAX DATA FOR STATE     CA
MARITAL STATUS: Married
ALLOWANCES:     4
ADDL. ALLOW:
ADDL. PCT:
ADDL. AMOUNT:

NET PAY:     $286.68

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-236-001612

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EAPNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | PAY BEGIN DATE: | 09/14/2009 | PAY GROUP: | 029 |
| SSN: | XXX-XX-1198 | CHECK DATE: 09/17/2009 | PAY END DATE: | 09/20/2009 | LOCATION: | 1738A |
| EMP.ID: | 9052733 | CHECK NO.: 291-0457215 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

| HOURS AND EARNINGS: | | ------CURRENT------ | | ------YTD------ | | ------TAXES------ | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
| Regular | | | | 1,024.75 | 8,845.03 | Fed Withholding | | 85.10 |
| Store Training | | | | 2.00 | 16.60 | Fed FICA Med Hospital I | 0.97 | 157.20 |
| Overtime 1.5 | | | | 3.25 | 43.81 | Fed OASDI/Disability - | 4.17 | 672.17 |
| Sunday Overtime | | | | 8.00 | 111.57 | CA Withholding | | 20.20 |
| TOTAL WORKED HRS | | | | | | CA OASDI/Disability - E | 0.74 | 119.26 |
| Federal Holiday Adjustme | 8.400 | 8.00 | 67.20 | 8.00 | 67.20 | | | |
| Trust Reporting Hours Ad | | 8.00- | | 4.00 | | | | |
| Other | | | | 258.50 | 1,291.62 | | | |
| First Shift Premium | | | | 8.50 | 4.28 | | | |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 | | | |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Other | | | | 53.23 | 446.46 | | | |
| Total: | | | 67.20 | | 10,841.47 | Total: | 5.88 | 1,053.93 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | | |
| | | | SCEA | | 5.00 | TAX DATA FOR FEDERAL | |
| | | | Ballot Club - Vons | | 9.25 | MARITAL STATUS: Married | |
| | | | Union Dues - Vons | | 313.20 | ALLOWANCES: | 4 |
| | | | Vons Foundation | | 18.50 | ADDL. PERCENT: | |
| | | | Union Dues Arrears - Vo | | 36.50 | ADDL. AMOUNT: | |
| | | | Union Dues Initiation-V | | 178.40 | | |
| | | | | | | TAX DATA FOR STATE | CA |
| | | | | | | MARITAL STATUS: Married | |
| | | | | | | ALLOWANCES: | 4 |
| | | | | | | ADDL. ALLOW: | |
| | | | | | | ADDL. PCT: | |
| | | | | | | ADDL. AMOUNT: | |
| Total: | | | Total: | | 560.85 | NET PAY: | $61.32 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-O-051-000025

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | | PAY BEGIN DATE: | 09/14/2009 | PAY GROUP: | 029 |
| SSN: | XXX-XX-1198 | CHECK DATE: | 09/25/2009 | PAY END DATE: | 09/20/2009 | LOCATION: | 173BA |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0459209 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 173BA306 |

HOURS AND EARNINGS:        ----------------CURRENT----------------        ----------YTD------------        ------------------------TAXES------------------------

| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 8.400 | 32.00 | 268.80 | 1,056.75 | 9,113.83 | Fed Withholding | | 85.10 |
| Sunday Regular Hours | 8.400 | 7.25 | 60.90 | 130.50 | 1,133.72 | Fed FICA Med Hospital I | 4.89 | 162.09 |
| Holiday Worked | | | | 12.00 | 100.80 | Fed OASDI/Disability - | 20.89 | 693.06 |
| Overtime 1.5 | | | | 3.25 | 43.81 | CA Withholding | | 20.20 |
| Sunday Overtime | | | | 8.00 | 111.57 | CA OASDI/Disability - E | 3.70 | 122.96 |
| TOTAL WORKED HRS | | 39.25 | | | | | | |
| Sunday Premium | 1.000 | 7.25 | 7.25 | 130.50 | 125.25 | | | |
| Other | | | | 2.00 | 27.80 | | | |
| First Shift Premium | | | | 8.50 | 4.28 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Federal Holiday | | | | 13.15 | 109.79 | | | |
| Federal Holiday Adjustme | | | | 8.00 | 67.20 | | | |
| Other | | | | 44.08 | 336.67 | | | |
| Total: | | | 336.95 | | 11,178.42 | Total: | 29.48 | 1,083.41 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | TAX DATA FOR FEDERAL |
| | | | SCEA | 0.50 | 5.50 | MARITAL STATUS: Married |
| | | | Ballot Club - Vons | 0.25 | 9.50 | ALLOWANCES:    4 |
| | | | Union Dues - Vons | 11.00 | 324.20 | ADDL. PERCENT: |
| | | | Vons Foundation | 0.50 | 19.00 | ADDL. AMOUNT: |
| | | | Union Dues Arrears - Vo | | 36.50 | |
| | | | Union Dues Initiation-V | | 178.40 | TAX DATA FOR STATE    CA |
| | | | | | | MARITAL STATUS: Married |
| | | | | | | ALLOWANCES:    4 |
| | | | | | | ADDL. ALLOW: |
| | | | | | | ADDL. PCT: |
| | | | | | | ADDL. AMOUNT: |
| Total: | | | Total: | 12.25 | 573.10 | NET PAY:    $295.22 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-237-001612

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | | PAY BEGIN DATE: | 09/21/2009 | PAY GROUP: | 029 |
| SSN: | XXX-XX-1198 | CHECK DATE: | 10/02/2009 | PAY END DATE: | 09/27/2009 | LOCATION: | 1738A |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0469941 | PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

## HOURS AND EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS |
|---|---|---|---|---|---|
| Regular | 8.400 | 31.75 | 266.70 | 1,088.50 | 9,380.53 |
| Sunday Regular Hours | | | | 130.50 | 1,133.72 |
| Holiday Worked | | | | 12.00 | 100.80 |
| Overtime 1.5 | | | | 3.25 | 43.81 |
| Sunday Overtime | | | | 8.00 | 111.57 |
| TOTAL WORKED HRS | | 31.75 | | | |
| Other | | | | 2.00 | 27.80 |
| First Shift Premium | | | | 8.50 | 4.28 |
| Sunday Premium | | | | 130.50 | 125.25 |
| Retro Adjustment | | | | | 3.70 |
| Federal Holiday | | | | 13.15 | 109.79 |
| Federal Holiday Adjustme | | | | 8.00 | 67.20 |
| Other | | | | 44.08 | 336.67 |
| Total: | | | 266.70 | | 11,445.12 |

## TAXES:

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Fed Withholding | | 85.10 |
| Fed FICA Med Hospital I | 3.86 | 165.95 |
| Fed OASDI/Disability · | 16.54 | 709.60 |
| CA Withholding | | 20.20 |
| CA OASDI/Disability - E | 2.94 | 125.90 |
| Total: | 23.34 | 1,106.75 |

## BEFORE-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| | | |
| Total: | | |

## AFTER-TAX-DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| SCEA | 0.50 | 6.00 |
| Ballot Club · Vons | 0.25 | 9.75 |
| Union Dues · Vons | 11.00 | 335.20 |
| Vons Foundation | 0.50 | 19.50 |
| Union Dues Arrears - Vo | | 36.50 |
| Union Dues Initiation-V | | 178.40 |
| Total: | 12.25 | 585.35 |

TAX DATA FOR FEDERAL
MARITAL STATUS: Married
ALLOWANCES:      4
ADDL. PERCENT:
ADDL. AMOUNT:

TAX DATA FOR STATE      CA
MARITAL STATUS: Married
ALLOWANCES:      4
ADDL. ALLOW:
ADDL. PCT:
ADDL. AMOUNT:

NET PAY:      $231.11

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-238-001587

FOLD AND TEAR ON PERFORATION - RETAIN STATEMENT OF EARNINGS FOR YOUR RECORDS

| NAME: | Sherry Soboslay | | | |
| SSN: | XXX-XX-1198 | CHECK DATE: | 10/09/2009 | |
| EMP.ID: | 9052733 | CHECK NO.: | 291-0480826 | |

| PAY BEGIN DATE: | 09/28/2009 | PAY GROUP: | 029 |
| PAY END DATE: | 10/04/2009 | LOCATION: | 1738A |
| PAY RATE: | $8.400 Hourly | DEPARTMENT: | 1738A306 |

HOURS AND EARNINGS:

| DESCRIPTION | RATE | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 8.400 | 32.00 | 268.80 | 1.120.50 | 9,649.33 | Fed Withholding | | 85.10 |
| Sunday Regular Hours | 8.400 | 8.00 | 67.20 | 138.50 | 1,200.92 | Fed FICA Med Hospital I | 4.99 | 170.94 |
| Store Training | | | | 2.00 | 16.60 | Fed OASDI/Disability - | 21.33 | 730.93 |
| Overtime 1.5 | | | | 3.25 | 43.81 | CA Withholding | | 20.20 |
| Sunday Overtime | | | | 8.00 | 111.57 | CA OASDI/Disability - E | 3.78 | 129.68 |
| TOTAL WORKED HRS | | 40.00 | | | | | | |
| Sunday Premium | 1.000 | 8.00 | 8.00 | 138.50 | 133.25 | | | |
| Other | | | | 24.00 | 168.00 | | | |
| First Shift Premium | | | | 8.50 | 4.28 | | | |
| Prior Week's Adjustment/ | | | | 8.00- | 66.40 | | | |
| Holiday Worked Prior Wk | | | | 8.00 | 77.60 | | | |
| Retro Adjustment | | | | | 3.70 | | | |
| Other | | | | 53.23 | 446.46 | | | |
| Total: | | | 344.00 | | 11,789.12 | Total: | 30.10 | 1,136.85 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD | |
| | | | SCEA | 0.50 | 6.50 | TAX DATA FOR FEDERAL |
| | | | Ballot Club - Vons | 0.25 | 10.00 | MARITAL STATUS: Married |
| | | | Union Dues - Vons | 11.00 | 346.20 | ALLOWANCES:        4 |
| | | | Vons Foundation | 0.50 | 20.00 | ADDL. PERCENT: |
| | | | Union Dues Arrears - Vo | | 36.50 | ADDL. AMOUNT: |
| | | | Union Dues Initiation-V | | 178.40 | |
| | | | | | | TAX DATA FOR STATE    CA |
| | | | | | | MARITAL STATUS: Married |
| | | | | | | ALLOWANCES:        4 |
| | | | | | | ADDL. ALLOW: |
| | | | | | | ADDL. PCT: |
| | | | | | | ADDL. AMOUNT: |
| Total: | | | Total: | 12.25 | 597.60 | NET PAY:        $301.65 |

SAFEWAY INC., 5918 STONERIDGE MALL ROAD, PLEASANTON, CA 94588-3229

PRVONS-W-239-001586