# United States Bankruptcy Court
## Central District Of California

1415 State Street, Santa Barbara, CA 93101–2511

## ORDER TO SHOW CAUSE RE DISMISSAL
## FOR FAILURE TO COMPLY WITH THE CASE COMMENCEMENT DEFICIENCY NOTICE

**DEBTOR(S) INFORMATION:**
Sherry Soboslay
**SSN:** xxx–xx–1198
**EIN:** N/A

1526 Calle Siete
Lompoc, CA 93436

**BANKRUPTCY NO.** 9:10–bk–12014–RR
**CHAPTER** 13

It is ordered and notice is hereby given that a hearing in this case which will be held at:

**Date:** 6/23/2010
**Time:** 2:00 PM
**Location:** 1415 STATE STREET, COURTROOM 201
SANTA BARBARA, CA 93101

To consider and act upon the following:

Order to Show Cause re Dismissal of the above–captioned case because Debtor(s) failed to file one or more documents required by 11 United States Code, the Federal Rules of Bankruptcy Procedure, or the Local Bankruptcy Rules, or because the documents filed by the Debtor(s) were incomplete or deficient. The documents are:

Declaration Re: Debtor's Schedules

If the correct versions of the missing and/or deficient documents are filed and served at least seven (7) days prior to the scheduled hearing, the order to show cause shall be discharged and your appearance will not be necessary. **PLEASE TAKE FURTHER NOTICE** that if the debtor fails to comply with the requirements noted above, at the order to show cause hearing the court may dismiss this case with a prohibition on any refiling of another bankruptcy petition by or against the debtor for 180 days are provided by 11 U.S.C. Section 109(g).

Dated: May 27, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form oscc 11/97) VAN–38    **13 / DCH**

# CERTIFICATE OF NOTICE

```
District/off: 0973-9           User: dchackelC           Page 1 of 1           Date Rcvd: May 27, 2010
Case: 10-12014                 Form ID: oscc             Total Noticed: 20

The following entities were noticed by first class mail on May 29, 2010.
 db          +Sherry Soboslay,    1526 Calle Siete,    Lompoc, CA 93436-1610
 aty         +Gary Dunlap,    711 E Ocean Ave,    Lompoc, CA 93436-7014
 tr          +Elizabeth (ND) F Rojas,    Noble Professional Center,    15060 Ventura Blvd. Suite 240,
               Sherman Oaks, CA 91403-2436
 smg         +County Assessor,    County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
 smg         +County Tax Collector,    P.O. Box 357,    Santa Barbara, CA 93102-0357
 smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
 smg          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
 ust         +United States Trustee (ND),    21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
26254017     +AMEX,    PO BOX 297871,    FORT LAUDERDALE FL 33329-7871
26254018     +CHASE,    PO BOX 15298,    WILMINGTON DE 19850-5298
26339792      Chase Bank USA, N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
26254021    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO FIN /27,     PO BOX 7216,    PHILADELPHIA PA   19101)
26428458     +SANTA BARBARA BANK AND TRUST,    POB 60704,    SANTA BARBARA CA 93160-0704
26254022     +SANTA BARBARA BK AND TRU,    711 E DAILY DR STE 200,    CAMARILLO CA 93010-0773
26254023      STATE OF CAL FAMILY,    1114 STREET ST,    SANTA BARBARA CA   93101
26254025      WITKIN AND EISINGER LLC,    530 S GELN IAK BLVD STE 207,    BURBANK CA   91502

The following entities were noticed by electronic transmission on May 28, 2010.
26254019     +E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2010 02:16:25     DISCOVER FIN SVCS LLC,
               PO BOX 15316,    WILMINGTON DE 19850-5316
26287593      E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2010 02:16:25     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
26254020     +E-mail/PDF: cr-bankruptcy@kohls.com May 28 2010 02:17:11     KOHLS/CHASE,    PO BOX 3115,
               MILWAUKEE WI 53201-3115
26254024     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 28 2010 02:16:19     VERIZON,
               PO BOX 96088,    BELLEVUE WA 98009-8800
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26254016*    +SHERRY SOBOSLAY,    1526 CALLE SIETE,    LOMPOC CA 93436-1610
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2010**            **Signature:** *Joseph Speetjens*