**FILED** JUL 16 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**ENTERED** JUL 16 2010

1 | Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
2 | Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                    )   CHAPTER 13
                                          )   CASE NO. ND10-12014-RR
Sherry Soboslay                           )
                                          )   ORDER DISMISSING CHAPTER 13
                                          )   PETITION DUE TO FAILURE OF
                                          )   DEBTOR(S) TO APPEAR AT THE 341(a)
                                          )   MEETING OF CREDITORS AND/OR TO
                                          )   MAKE PRE-CONFIRMATION
                                          )   PAYMENTS
                                          )
_____ DEBTOR    )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: JUL 16 2010

_____
Robin Riblet
U. S. Bankruptcy Judge

LODGED

|   |   |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
|   | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
|   | (818) 933-5700  Fax: (818) 933-5755 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
|   | ) | CASE NO. ND10-12014-RR |
| Sherry Soboslay | ) |   |
|   | ) |   |
|   | ) | **PROOF OF SERVICE BY MAIL** |
|   | ) |   |
| DEBTOR | ) |   |
|   | ) |   |

PROOF OF SERVICE

   I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 7/15/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Sherry Soboslay                   GARY DUNLAP
1526 Calle Siete                  711 E OCEAN AVE
Lompoc, CA 93436                  LOMPOC, CA 93436

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 93101-3101


Executed at Sherman Oaks, California on July 15, 2010.

*Gisele Dorsey* (signature)

_____
Gisele Dorsey

Case No. ND10-12014-RR